## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Case No: 11-30617** |
| **GORDON K. VELLA** | ) | **S.S. # xxx-xx-9916** |
| **Debtor.** | ) | **Chapter 13** |

## MOTION TO DISMISS

COME NOW Edgewater Bank, by counsel, and moves to dismiss this Chapter 13 case and in support thereof states:

1.      In Schedule D, the Debtor lists total secured debt in the amount of $1,659,617.00. Pursuant to 11 U.S.C. § 109 (e) only an individual with regular income that owes, on the date of the filing of the petition, non-contingent, liquidated, secured debts of less than $1,081,400.00 may be a debtor under Chapter 13.

2.      Since the debtor's secured debts exceed the jurisdictional limit, this case should be dismissed.

WHEREFORE, Edgewater Bank requests that the Court dismiss this case and for all other just and proper relief in the premises.

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer                    #10537-72
LADERER & FISCHER, P.C.
112 West Jefferson Blvd., Suite 310
South Bend, IN 46601
Telephone: (574) 284-2354
Facsimile:   (574) 284-2356

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, a copy of the attached Motion to Dismiss served by electronic mail upon the following:

| | |
|---|---|
| Janice Shei | Debra L. Miller |
| janiceshei@gmail.com | Dmecf@trustee13.com |
| | |
| U.S. Trustee | Sarah Willms |
| USTPRegion10.SO.ECF@usdoj.gov | dmecf@trustee13.com |

and by regular U.S. mail upon the following:

Gordon K. Vella
10319 N. 400 E.
La Porte, IN 46350

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer                    #10537-72
LADERER & FISCHER, P.C.
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356