UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 11-30617 |
| GORDON K. VELLA | ) | S.S. # xxx-xx-9916 |
| Debtor. | ) | Chapter 13 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND GRANTING MOTION FOR ABANDONMENT OF REAL ESTATE

Upon consideration of the motion of creditor Edgewater Bank for an order granting relief from the automatic stay and authorizing the abandonment of certain real property located in LaPorte County, Indiana and the Stipulation for Relief from Automatic Stay and for Abandonment between the Chapter 13 Trustee, the Debtor and Edgewater Bank and it appearing that such property is not necessary for an effective reorganization and that the Debtor has no equity is said property,

IT IS, THEREFORE, ORDERED, that certain real estate located in LaPorte County, Indiana and more particularly described as follows, is hereby abandoned from the above-captioned case:

PARCEL I
A parcel of land in the West ½ of Section 11, Township 38 North, Range 2 West, LaPorte County, Indiana, more particularly described as follows: Commencing at a cast iron monument marking the Southwest corner of said Section 11; thence North 00°44'38" East (bearing measured by Global Positioning Systems and based on the World Geographic System of 1984) along the West line of said Section 11, a distance of 2,044.90 feet to an iron bar at the point of beginning; thence North 00°44'38" East along the West line of said Section 11, a distance of 50.00 feet to an iron bar on the South line of property described in Deed Record #93-13057; thence South 89°49'30" East along said South line, a distance of 1,325.99 feet to an iron bar; thence South 00°42'28" West, a distance of 909.49 feet to an iron bar; thence South 88°56'04" West, a distance of 663.58 feet to an iron bar; thence North 00°44'38" East, a distance of 753.86 feet to an iron bar; thence North 25°56'04" West, a distance of 133.63 feet to an iron bar; thence North 89°49'30" West, a distance of 603.28 feet to the point of beginning, containing 14.80 acres, more or less.

PARCEL II
A parcel of land in the West ½ of Section 11, Township 38 North, Range 2 West, LaPorte County, Indiana, more particularly described as follows: Commencing at a cast iron monument marking the Southwest corner of Section 11; thence North 00°44'38" East (bearing measured by Global Positioning System and based on the World Geographic System of 1984) along the West line of Section 11, a distance of 1156.66 feet to an iron bar at the point of beginning; thence North 00°44'38" East along said West line a distance of 888.23 feet to an iron bar; thence South 89°49'30" East, a distance of 603.28 feet to an iron bar; thence South 25°56'04" East, a distance of 133.63 feet to an iron bar; thence South 00°44'38" West, a distance of 753.86 feet to an iron bar; thence South 88°56'04" West, a distance of 663.58 feet to the point of beginning, containing 13.33 acres, more or less.

Commonly known as 10319 N. 400 E., LaPorte, IN 46350 (the "Real Estate").

IT IS FURTHER ORDERED AND ADJUDGED that Edgewater Bank is granted relief from the Automatic Stay and that Edgewater Bank may proceed against the Real Estate as if this bankruptcy case had not been commenced.

At South Bend, Indiana, on _____4/20_____, 2011

_____
Judge, United States Bankruptcy Court
Northern District of Indiana, South Bend Division