# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

IN RE:                                CASE NO.    11-30617
GORDON K VELLA
Debtor(s)                              CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS

Comes now the Trustee, Debra L. Miller, and states as follows:

1. This bankruptcy was filed on 3/3/11.

2. To date, the Debtor(s) failed to make any payments into the estate.

WHEREFORE, the Trustee moves that this bankruptcy be dismissed for failing to keep current on payments.

DATED: April 21, 2011

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Standing Chapter 13 Bankruptcy Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on April 21, 2011

By U.S. Mail to the Debtor as follows:
Debtor(s): GORDON K VELLA, 10319 N 400 E, , LA PORTE, IN, 46350

By electronic e-mail to the U.S. Trustee and Debtor's Attorney as follows:
Debtor's Attorney: JANICE SHEI, , 15446 S 300 W, HANNA, IN
U.S. Trustee: ustpregion10.so.ecf@usdoj.gov

/s/ Debra L. Miller, Trustee