IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re:   Gordon Vella | ) | Chapter: Chapter 13 |
| Debtor. | ) ) | Case No: 11-30617 |
| | ) ) | Judge: Harry C. Dees Jr. |

### NOTICE OF CONVERSION OF CASE TO CHAPTER 7

The Debtor, by and through counsel, in support of his Notice of Conversion of Case to Chapter 7 pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1019 and 9013, state to the Court as follows:

1) The Court has jurisdiction over this proceeding under 28 U.S.C. §§ 157 (a) and (b) and 1334 (b) and 11 U.S.C. § 1307.

2) The Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on 3/3/2011.

3) This case has not been converted under 11 U.S.C. § 706, § 1112, or § 1208.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order granting the Debtors' conversion of this case to Chapter 7 pursuant to 11 U.S.C. § 1307 (a).

Respectfully submitted,

/s/Janice L. Shei
Janice L. Shei
Attorney At Law
15446 S 300 W
Hanna, IN 46340
(219)363-3499

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of the attached Notice was mailed to the following at their respective addresses, postage prepaid, by deposit in the United States Mail or electronically noticed on 5/19/2011.

/s/Janice L. Shei
Janice L. Shei
Attorney At Law
15446 S 300 W
Hanna, IN 46340
(219) 363-3499

SERVICE LIST:

Debtor Gordon Vella
Trustee Debra Miller
U. S. Bankruptcy Trustee, 1 Michiana Square #555, One East Wayne Street, South Bend, IN 46601.