UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| GORDON K. VELLA | ) | CASE NO. 11-30617 |
| | ) | Chapter 7 |
| Debtor | ) | |

**TRUSTEE'S APPLICATION TO EMPLOY
SPECIAL COUNSEL MARK P. STANDA**

Comes now Chapter 7 Trustee Joseph D. Bradley and makes application to employ Attorney Mark P. Standa of Lake Forest, IL as his Special Counsel herein and advises the Court as follows:

1. The Debtor filed his voluntary petition under Chapter 13 of the Bankruptcy Code herein on March 3, 2011, the case was converted to a case under Chapter 7 on May 20, 2011, and the undersigned is the duly appointed and qualified Chapter 7 Trustee.

2. Among the potential assets of this bankruptcy estate are the claims of Debtor Gordon K. Vella against Craig Cunningham, an Illinois attorney, for alleged legal malpractice in his prior representation of the Debtor in pre-bankruptcy litigation in the State of Nebraska. Said claims are set forth in the counterclaim of the Debtor in a lawsuit pending in DuPage County, IL (hereinafter the "Illinois Lawsuit").

3. The Trustee wishes to pursue the claims of the Debtor in the Illinois Lawsuit as an asset of his bankruptcy estate for the benefit of his creditors, and for such purpose wishes to employ Attorney Mark P. Standa of Lake Forest, IL to represent the Trustee and this bankruptcy estate.

4. Attorney Mark P. Standa is well qualified to serve as Special Counsel on behalf of the Trustee in this matter for the reasons that he has had substantial experience in legal matters of this type, was previously retained by the Debtor in connection with the Debtor's claims, is counsel of record for the Debtor in the Illinois Lawsuit and is familiar with the facts and circumstances of the Debtor's claims.

5. Your Trustee desires to employ Attorney Mark P. Standa as Special Counsel on a contingent fee basis, said fee to represent one-third of the total amount collected on the claims of the Debtor in the Illinois Lawsuit, whether by settlement, judgment or otherwise. Special Counsel would further be entitled to reimbursement of reasonable and necessary out-of-pocket expenses in addition to said contingent fee amount, the same to be allowed as administrative expenses of this bankruptcy estate.

6. Attached hereto and made a part hereof is the written "Affidavit of Mark P. Standa" in support of this Application.

WHEREFORE, Chapter 7 Trustee Joseph D. Bradley requests the authority of this Court to employ Attorney Mark P. Standa of Lake Forest, IL as his Special Counsel to represent the Trustee and this bankruptcy estate in the Illinois Lawsuit, pursuant to the terms and conditions set forth above, and requests all other just and proper relief in the premises.

/s/ Joseph D. Bradley, Trustee
JOSEPH D. BRADLEY, Trustee
#11742-71
105 E. Jefferson Blvd., Suite 512
South Bend, IN 46601
Telephone: (574) 234-5091
jdbjd@mindspring.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL MARK P. STANDA was served upon Gordon K. Vella, 10319 N. 400 E., LaPorte, IN 46350, by means of United States mail, proper postage prepaid, and electronically upon Janice Shei, Esq., at janiceshei@gmail.com, and upon the Office of the U.S. Trustee, at ustpregion10.so.ecf@usdoj.gov, this 13th day of October, 2011.

/s/ Joseph D. Bradley
JOSEPH D. BRADLEY